No. 333.  TAYLOR v. MERRILL, TRUSTEE.  October 16, 1939.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Messrs. John W. Ross* and *Francis M. Hartman* for petitioner.  *Mr. Fred Blair Townsend* for respondent.

No. 334.  STARK v. HOWE SOUND Co. ET AL.  October 16, 1939.  Petition for writ of certiorari to the Court of Appeals of New York denied.  *Mr. Anthony Kabatt* for petitioner.  *Mr. Thomas D. Thacher* for respondents.

No. 337.  CORPORATION OF AMERICA v. CAMPBELL.  October 16, 1939.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Messrs. Hugo A. Steinmeyer* and *Louis Ferrari* for petitioner.  *Mr. George A. Judson* for respondent.

No. 338.  SCHUMACHER ET AL., TRUSTEES, v. KING.  October 16, 1939.  Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California, denied.  *Messrs. Allan P. Matthew* and *John O. Moran* for petitioners.  *Mr. Louis E. Goodman* for respondent.

No. 339.  DOTY, SECRETARY OF BANKING, RECEIVER, v. UNITED STATES.  October 16, 1939.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Mr. Albert T. Bauerle* for petitioner.